Robert S. Arns, State Bar No. 65071
rsa@arnslaw.com
Jonathan E. Davis, State Bar No. 191346
jed@arnslaw.com
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California  94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JACKIE ARNETT  ;<br><br>            Plaintiff,<br><br>vs.<br><br>SEASIDE TRANSPORTATION SERVICES, LLC; WHITNEY EQUIPMENT LLC  and DOES 1 to 100, inclusive<br><br>            Defendants.<br>_____ | No. 13-cv-01672-WHO<br><br>**ORDER FOR FILING OF FIRST AMENDED COMPLAINT**<br><br>**F.R.C.P. §15(a)(2)** |

-1-

**ORDER FOR FILING OF FIRST AMENDED COMPLAINT**

The parties to the above entitled action have entered into a stipulation pursuant F.R.C.P. §15(a)(2) to allow Plaintiff to file a First Amended Complaint. It is hereby ordered that:

Plaintiff Jackie Arnett is granted leave to file a First Amended Complaint in the above entitled action.

Plaintiff shall file first amended complaint within 10 days of this Order.

IT IS SO ORDERED.

DATED: August 30, 2013



HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE

-2-

**ORDER FOR FILING OF FIRST AMENDED COMPLAINT**