1  Robert S. Arns, State Bar No. 65071
   rsa@arnslaw.com
2  Jonathan E. Davis, State Bar No. 191346
3  jed@arnslaw.com
   **THE ARNS LAW FIRM**
4  A Professional Corporation
5  515 Folsom Street, 3rd Floor
   San Francisco, California 94105
6  Phone: (415) 495-7800
7  Fax: (415) 495-7888

8  Attorneys for Plaintiff

9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
                  SAN FRANCISCO DIVISION
12

13 JACKIE ARNETT  ;                        ) No. 13-cv-01672-WHO
14         Plaintiff,                      )
                                           ) **ORDER FOR FILING OF FIRST**
15 vs.                                     ) **AMENDED COMPLAINT**
16                                         )
   SEASIDE TRANSPORTATION SERVICES, ) **F.R.C.P. §15(a)(2)**
17 LLC; WHITNEY EQUIPMENT LLC  and )
18 DOES 1 to 100, inclusive                )
                                           )
19         Defendants.                     )
20                                         )
   _____ )
21

-1-

**ORDER FOR FILING OF FIRST AMENDED COMPLAINT**

The parties to the above entitled action have entered into a stipulation pursuant F.R.C.P. §15(a)(2) to allow Plaintiff to file a First Amended Complaint. It is hereby ordered that:

Plaintiff Jackie Arnett is granted leave to file a First Amended Complaint in the above entitled action.

Plaintiff shall file first amended complaint within 10 days of this Order.

IT IS SO ORDERED.

DATED:  August 30, 2013            

HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE

-2-

**ORDER FOR FILING OF FIRST AMENDED COMPLAINT**