1  Robert S. Arns, State Bar No. 65071
   rsa@arnslaw.com
2  Jonathan E. Davis, State Bar No. 191346
3  jed@arnslaw.com
   **THE ARNS LAW FIRM**
4  A Professional Corporation
5  515 Folsom Street, 3rd Floor
   San Francisco, California  94105
6  Phone: (415) 495-7800
7  Fax: (415) 495-7888

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION
12

13 JACKIE ARNETT  ;                      ) No. 13-cv-01672-WHO
14         Plaintiff,                    )
                                         ) **ORDER FOR FILING OF SECOND**
15 vs.                                   ) **AMENDED COMPLAINT**
16                                       )
   SEASIDE TRANSPORTATION SERVICES,      ) **F.R.C.P. §15(a)(2)**
17 LLC; WHITNEY EQUIPMENT LLC  and       )
18 DOES 1 to 100, inclusive              )
                                         )
19         Defendants.                   )
                                         )
20 _____)
21
22
23
24
25
26
27
28

**ORDER FOR FILING OF SECOND AMENDED COMPLAINT**

The parties to the above entitled action have entered into a stipulation pursuant F.R.C.P. §15(a)(2) to allow Plaintiff to file a Second Amended Complaint. It is hereby ordered that:

Plaintiff Jackie Arnett is granted leave to file a Second Amended Complaint in the above-entitled action.

Plaintiff shall file Second Amended Complaint within 10 days of this Order.

IT IS SO ORDERED.

DATED: October 24, 2013



HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE

**ORDER FOR FILING OF SECOND AMENDED COMPLAINT**