Robert S. Arns, State Bar No. 65071
rsa@arnslaw.com
Jonathan E. Davis, State Bar No. 191346
jed@arnslaw.com
**THE ARNS LAW FIRM**
A Professional Corporation
515 Folsom Street, 3rd Floor
San Francisco, California  94105
Phone: (415) 495-7800
Fax: (415) 495-7888

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JACKIE ARNETT  ; | ) No. 13-cv-01672-WHO |
| Plaintiff, | ) |
| | ) **ORDER FOR FILING OF SECOND** |
| vs. | ) **AMENDED COMPLAINT** |
| | ) |
| SEASIDE TRANSPORTATION SERVICES, | ) **F.R.C.P. §15(a)(2)** |
| LLC; WHITNEY EQUIPMENT LLC  and | ) |
| DOES 1 to 100, inclusive | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

-1-

**ORDER FOR FILING OF SECOND AMENDED COMPLAINT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties to the above entitled action have entered into a stipulation pursuant F.R.C.P. §15(a)(2) to allow Plaintiff to file a Second Amended Complaint. It is hereby ordered that:

Plaintiff Jackie Arnett is granted leave to file a Second Amended Complaint in the above-entitled action.

Plaintiff shall file Second Amended Complaint within 10 days of this Order.

IT IS SO ORDERED.



DATED: October 24, 2013

HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE

**ORDER FOR FILING OF SECOND AMENDED COMPLAINT**