```
Keith R. Gillette (Bar No. 191082)
kgillette@archernorris.com
Chad D. Greeson (Bar No. 251928)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California 94596-3759
Telephone:  925.930.6600
Facsimile:  925.930.6620
```

Attorneys for Defendants
SEASIDE TRANSPORTATION SERVICES, LLC
and WHITNEY EQUIPMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ARNETT,<br><br>    Plaintiff,<br><br>v.<br><br>SHANGHAI ZHENHUA PORT MACHINERY CO. LTD.; SEASIDE TRANSPORTATION SERVICES, LLC; WHITNEY EQUIPMENT LLC and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. CV 13 1672 WHO<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND ANY CROSS-CLAIM, COUNTER-CLAIM, OR THIRD-PARTY COMPLAINT TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:    Hon. William H. Orrick |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective attorneys of record that the time for defendants to file a responsive pleading, and any corresponding cross-claim, counter-claim, or third-party claim, to the Second Amended Complaint, filed by Plaintiff on November 4, 2013, shall be extended by 14 days. Therefore, pursuant to this agreement and subject to the Court's approval, a responsive pleading and any corresponding cross-claim, counter-claim, or third-party complaint, may now be filed on or before December 5, 2013.

///

///

///

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING & ANY RELATED CROSS-CLAIM, COUNTER-CLAIM, OR THIRD-PARTY CLAIM TO PLAINTIFF'S SECOND AMENDED COMPLAINT

```
 1  Dated: November 20, 2013           THE ARNS LAW FIRM

 2
                                       BY: _____
 3                                         Robert S. Arns
                                           Jonathan E. Davis
 4                                         Attorneys for Plaintiff

 5
    Dated: November 19, 2013           ARCHER NORRIS
 6

 7
                                       BY: _____
 8                                         Keith R. Gillette
                                           Chad D. Greeson
 9                                         Attorneys for Defendants Seaside
                                           Transportation Services, LLC and Whitney
10                                         Equipment, LLC

11  Dated: November ____, 2013          K&L GATES LLP

12
                                       BY: _____
13                                         Michele C. Barnes
                                           Peter E. Soskin
14                                         Attorneys for Defendants Shanghai Zhenhua
                                           Port Machinery Co. Ltd.
15

16

17

18  IT IS SO ORDERED,

19  Dated: _____

20
                                       _____
21                                     HON. WILLIAM H. ORRICK
                                       U.S. DISTRICT COURT JUDGE
22

23  TMA001/1703524-1

24

25

26

27

28
                                              2
    STIPLUATION EXTENDING TIME TO FILE RESPONSIVE PLEADING & ANY RELATED CROSS-CLAIM,
    COUNTER-CLAIM, OR THIRD-PARTY CLAIM TO PLAINTIFF'S SECOND AMENDED COMPLAINT
```

| | | |
|---|---|---|
| Dated: November ____, 2013 | | THE ARNS LAW FIRM |
| | BY: | _____<br>Robert S. Arns<br>Jonathan E. Davis<br>Attorneys for Plaintiff |
| Dated: November ____, 2013 | | ARCHER NORRIS |
| | BY: | _____<br>Keith R. Gillette<br>Chad D. Greeson<br>Attorneys for Defendants Seaside Transportation Services, LLC and Whitney Equipment, LLC |
| Dated: November 20, 2013 | | K&L GATES LLP |
| | BY: | /S/ MICHAEL C. BARNES<br>Michele C. Barnes<br>Peter E. Soskin<br>Attorneys for Defendants Shanghai Zhenhua Port Machinery Co. Ltd. |

**IT IS SO ORDERED,**

Dated: November 26, 2013

_____
HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE

TMA001/1703524-1

2

STIPLUATION EXTENDING TIME TO FILE RESPONSIVE PLEADING & ANY RELATED CROSS-CLAIM, COUNTER-CLAIM, OR THIRD-PARTY CLAIM TO PLAINTIFF'S SECOND AMENDED COMPLAINT