Keith R. Gillette (Bar No. 191082)
kgillette@archernorris.com
Chad D. Greeson (Bar No. 251928)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California 94596-3759
Telephone:  925.930.6600
Facsimile:   925.930.6620

Attorneys for Defendants
SEASIDE TRANSPORTATION SERVICES, LLC
and WHITNEY EQUIPMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ARNETT,<br><br>  Plaintiff,<br><br>v.<br><br>SHANGHAI ZHENHUA PORT MACHINERY CO. LTD.; SEASIDE TRANSPORTATION SERVICES, LLC; WHITNEY EQUIPMENT LLC and DOES 1 to 100, inclusive,<br><br>  Defendants. | Case No. CV 13 1672 WHO<br><br>**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND ANY CROSS-CLAIM, COUNTER-CLAIM, OR THIRD-PARTY COMPLAINT TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge:    Hon. William H. Orrick |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective attorneys of record that the time for defendants to file a responsive pleading, and any corresponding cross-claim, counter-claim, or third-party claim, to the Second Amended Complaint, filed by Plaintiff on November 4, 2013, shall be extended by 14 days. Therefore, pursuant to this agreement and subject to the Court's approval, a responsive pleading and any corresponding cross-claim, counter-claim, or third-party complaint, may now be filed on or before December 5, 2013.

///

///

///

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING & ANY RELATED CROSS-CLAIM, COUNTER-CLAIM, OR THIRD-PARTY CLAIM TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Dated: November 20, 2013                 THE ARNS LAW FIRM

                                          BY: /s/ Robert S. Arns
                                              Robert S. Arns
                                              Jonathan E. Davis
                                              Attorneys for Plaintiff

Dated: November 19, 2013                 ARCHER NORRIS

                                          BY: /s/ Chad D. Greeson
                                              Keith R. Gillette
                                              Chad D. Greeson
                                              Attorneys for Defendants Seaside
                                              Transportation Services, LLC and Whitney
                                              Equipment, LLC

Dated: November ____, 2013               K&L GATES LLP

                                          BY: _____
                                              Michele C. Barnes
                                              Peter E. Soskin
                                              Attorneys for Defendants Shanghai Zhenhua
                                              Port Machinery Co. Ltd.

IT IS SO ORDERED,

Dated: _____

                                          _____
                                          HON. WILLIAM H. ORRICK
                                          U.S. DISTRICT COURT JUDGE

TMA001/1703524-1

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING & ANY RELATED CROSS-CLAIM, COUNTER-CLAIM, OR THIRD-PARTY CLAIM TO PLAINTIFF'S SECOND AMENDED COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: November ____, 2013 | THE ARNS LAW FIRM |
| 2 | | |
| 3 | | BY: _____ |
| 4 | | Robert S. Arns |
| | | Jonathan E. Davis |
| | | Attorneys for Plaintiff |
| 5 | | |
| 6 | Dated: November ____, 2013 | ARCHER NORRIS |
| 7 | | |
| 8 | | BY: _____ |
| | | Keith R. Gillette |
| 9 | | Chad D. Greeson |
| | | Attorneys for Defendants Seaside |
| 10 | | Transportation Services, LLC and Whitney Equipment, LLC |
| 11 | Dated: November 20, 2013 | K&L GATES LLP |
| 12 | | |
| 13 | | BY:  /S/ MICHAEL C. BARNES |
| | | Michele C. Barnes |
| 14 | | Peter E. Soskin |
| | | Attorneys for Defendants Shanghai Zhenhua |
| 15 | | Port Machinery Co. Ltd. |

**IT IS SO ORDERED,**

Dated:  November 26, 2013

_____
HON. WILLIAM H. ORRICK
U.S. DISTRICT COURT JUDGE

TMA001/1703524-1

2

STIPLUATION EXTENDING TIME TO FILE RESPONSIVE PLEADING & ANY RELATED CROSS-CLAIM, COUNTER-CLAIM, OR THIRD-PARTY CLAIM TO PLAINTIFF'S SECOND AMENDED COMPLAINT