| | |
|---|---|
| 1 | MICHELE C. BARNES (SBN 187239) |
| 2 | michele.barnes@klgates.com<br>ROSEANNA M. CASTILLO (SBN 252761) |
| 3 | roseanna.castillo@klgates.com<br>K&L GATES LLP |
| 4 | Four Embarcadero Center, Suite 1200<br>San Francisco, CA 94111 |
| 5 | Telephone: (415) 882-8200<br>Facsimile:  (415) 882-8220 |
| 6 | KEVIN K. ROSS (admitted *pro hac vice*) |
| 7 | kevin.ross@klgates.com<br>K&L GATES LLP |
| 8 | 200 S. Biscayne Blvd., Suite 3900<br>Miami, FL 33131 |
| 9 | Attorneys for Defendant |
| 10 | SEASIDE TRANSPORTATION SERVICES, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACKIE ARNETT,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHANGHAI ZHENHUA PORT MACHINERY CO. LTD.; SEASIDE TRANSPORTATION SERVICES, LLC; WHITNEY EQUIPMENT LLC; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No. No. 13-cv-01672-WHO<br><br>**NOTICE OF CHANGE IN COUNSEL; ORDER** |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that defendant Seaside Transportation Services, LLC ("STS") hereby substitutes K&L Gates LLP in place of Severson & Werson, PC as its counsel of record in this action.  Pursuant to Civil L.R. 7-11 and 11-5, Defendant STS hereby moves the Court for an order permitting the withdrawal of its counsel of record, Forrest Booth and Pamela Schultz of Severson & Werson, P.C., and the appearance of substitute counsel, Kevin K. Ross, Michele C. Barnes and Roseanna M. Castillo of K&L Gates LLP, on its behalf in this action. STS respectfully submits that

said substitution of counsel is in the interests of justice. STS consents to such withdrawal and substitution of counsel.

Accordingly, STS respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records and ECF, and that all future communications regarding this case be directed to the following:

>Michele C. Barnes (SBN 187239)
>michele.barnes@klgates.com
>Roseanna M. Castillo (SBN 252761)
>roseanna.castillo@klgates.com
>K&L GATES LLP
>Four Embarcadero Center, Suite 1200
>San Francisco, CA 94111
>Telephone: (415) 882-8200
>Facsimile:  (415) 882-8220
>
>Kevin K. Ross (admitted *pro hac vice*)
>kevin.ross@klgates.com
>K&L GATES LLP
>200 S. Biscayne Blvd., Suite 3900
>Miami, FL 33131

Counsel for Plaintiff Jackie Arnett, Robert S. Arns, Hillary R. Allyn, and Jonathan E. Davis, of the Arns Law Firm, and counsel for Defendant Whitney Equipment LLC, Keith R. Gillette and Chad D. Greeson, of Archer Norris were informed of the proposed substitution and do not oppose.

This motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, STS respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for STS, and update the Court's ECF system for this case by removing Forrest Booth and Pamela Schultz of Severson & Werson, P.C.

1  The undersigned parties consent to the above withdrawal and substitution of counsel.

2
3                                              **SEASIDE TRANSPORTATION SERVICES, LLC**

4  Dated: March 4, 2014                        By:   /s/

5
6                                              **SEVERSON & WERSON, PC**

7  Dated:  March 4, 2014                       By:   /s/ Forrest Booth
8                                                    Forrest Booth

9
                                               **K&L GATES LLP**
10
11 Dated:  March 4, 2014                       By:   /s/ Michele C. Barnes
                                                     Michele C. Barnes
12

**ORDER**

Having reviewed and considered Defendant Seaside Transportation Services, LLC's Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby permits the withdrawal of its counsel of record, Forrest Booth and Pamela Schultz of Severson & Werson, P.C., and the appearance of substitute counsel, Kevin K. Ross, Michele C. Barnes and Roseanna M. Castillo, of K&L Gates LLP, on its behalf in this action.

**IT IS SO ORDERED:**

Dated: March 7, 2014    

                                          Honorable William H. Orrick
                                          United States District Judge