MICHELE C. BARNES (SBN 187239)
michele.barnes@klgates.com
ROSEANNA M. CASTILLO (SBN 257761)
roseanna.castillo@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

KEVIN K. ROSS (*Admitted Pro Hac Vice*)
kevin.ross@klgates.com
K&L GATES LLP
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131-2399
Tel: (305) 539-3300
Fax: (305) 358-7095

Attorneys for Defendant
SEASIDE TRANSPORTATION SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JACKIE ARNETT,<br><br>  Plaintiffs,<br><br>vs.<br><br>SEASIDE TRANSPORTATION SERVICES, LLC; WHITNEY EQUIPMENT LLC; SHANGHAI ZHENHUA PORT MACHINERY CO, LTD.; and DOES 1 through 100, inclusive,<br><br>  Defendants.<br><br>AND RELATED CROSS-CLAIMS. | Case No. 3:13-cv-01672-WHO<br><br>**REQUEST FOR DISMISSAL OF CROSS-CLAIM AGAINST WHITNEY EQUIPMENT, LLC**<br><br>Complaint Filed:   September 13, 2013 |

COMES NOW SEASIDE TRANSPORTATION SERVICES, LLC, by and through its counsel of record, and requests that the Court dismiss its Cross-Complaint filed against WHITNEY EQUIPMENT, LLC (Dkt # 66), filed herein on March 17, 2014.

Dated: March 17, 2014

Respectfully submitted,

By:_____/s/ Michele C. Barnes_____
Michele C. Barnes (CA S.B. # 187239)
michele.barnes@klgates.com
Roseanna M. Castillo (CA S.B. # 252761)
roseanna.castillo@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200

Kevin K. Ross (admitted *pro hac vice*)
kevin.ross@klgates.com
K&L GATES LLP
200 South Biscayne Boulevard, Suite 3900
Miami, FL 33131
Telephone: (305) 539-3309
Facsimile: (305) 358-7095

**Attorneys for Defendant**
SEASIDE TRANSPORTATION SERVICES, LLC

ORDER

It is so ordered.
Dated: March 19, 2014

_____
WILLIAM H. ORRICK
U.S. DISTRICT JUDGE