1  William K. Enger, Esq., CSB #143808
   **WILSON, ELSER, MOSKOWITZ,**
2     **EDELMAN & DICKER LLP**
   555 South Flower Street, Suite 2900
3  Los Angeles, California 90071
   Telephone:  (213) 443-5100
4  Facsimile:   (213) 443-5101

5  Attorneys for Defendant,
   SEASIDE TRANSPORTATION SERVICES, LLC
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JACKIE ARNETT,                  ) Case No.: 3:13-cv-01672-VC
                                     )
12 |                     Plaintiff,  )
                                     ) **NOTICE OF CHANGE IN COUNSEL;**
13 | v.                              ) [~~PROPOSED~~] **ORDER**
                                     )
14 | SHANGHAI ZHENHUA PORT           )
   | MACHINERY CO. LTD.; SEASIDE    )
15 | TRANSPORTATION SERVICES, LLC;  )
   | WHITNEY EQUIPMENT LLC; and DOES 1 )
16 | through 100, inclusive,         )
                                     )
17 |                     Defendants. )
                                     )
18 |_____ )

19

20       TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF

21 RECORD:

22       PLEASE TAKE NOTICE that Defendant Seaside Transportation Services, LLC ("STS")

23 hereby substitutes Wilson, Elser, Moskowitz, Edelman & Dicker LLP in place of K&L Gates

24 LLP as its counsel of record in this action. Pursuant to Civil L.R. 7-11 and 11-5, Defendant STS

25 hereby moves the Court for an order permitting the withdrawal of its counsel of record, Michelle

26 C. Barnes of K&L Gates LLP, on its behalf in this action. STS respectfully submits that said

27 substitution of counsel is in the interests of justice. STS consents to such withdrawal and

28 substitution of counsel.

Accordingly, STS respectfully requests that the Court enter an order reflecting this change, and that all necessary changes be made to the Court's records, and ECF, and that all future communications regarding this case be directed to the following:

> William K. Enger, Esq.
> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
> 555 S. Flower Street, Suite 2900
> Los Angeles, California 90071
> (213) 443-5100 telephone
> (213) 443-5101 facsimile
> William.Enger@wilsonelser.com

Counsel for Plaintiff Jackie Arnett, Robert S. Arns, Hillary R. Allyn, and Jonathan E. Davis, of the Arns Law Firm, and counsel for Defendant Whitney Equipment LLC, Keith R. Gillette and Chad D. Greeson, of Archer Norris were informed of the proposed substitution and do not oppose.

This motion is not made for purposes of delay or any other improper purpose.

WHEREFORE, STS respectfully requests this Court enter its Order permitting withdrawal and substitution of counsel for STS, and update the Court's ECF system for this case by removing K&L Gates LLP.

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: September 19, 2014           SEASIDE TRANSPORTATION SERVICES, LLC

                                    By: _____

Dated: September 19, 2014           K&L GATES LLP

                                    By: _____
                                        Michelle C. Barnes

Dated: September 5, 2015

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
William K. Enger
Attorneys for Defendant,
SEASIDE TRANSPORTATION
SERVICES, LLC

1                              [PROPOSED] ORDER

2         Having reviewed and considered Defendant Seaside Transportation Services, LLC's
3  Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing,
4  the Court hereby permits the withdrawal of its counsel of record, K&L Gates LLP, and the
5  appearance of substitute counsel, William K. Enger, Esq. of Wilson, Elser, Moskowitz, Edelman
6  & Dicker LLP, on its behalf in this action.

7         IT IS SO ORDERED:

8  Dated: ~~September~~ October 10 ___, 2014



IT IS SO ORDERED
Judge Vince Chhabria

# PROOF OF SERVICE

*Jackie Arnett vs. Shanghai Zhenhua Port Machinery Co., Ltd et al.*
USDC, Northern District of California, Case No. 3:13-cv-01672-VC
**Attorneys for Defendant Seaside Transportation Services, LLC**

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, California 90071.

On **September 23, 2014,** I caused the foregoing document described as **NOTICE OF CHANGE IN COUNSEL; [PROPOSED] ORDER** to be served on the interested parties via the counsel listed and by the methods indicated below:

The following CM/ECF participants were served by electronic means through the Court on **September 23, 2014.**

*SEE COURT'S SERVICE LIST*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **September 23, 2014** in Los Angeles, California.

*[signature]*
Patricia L. Pardo