UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ARNETT,<br><br>        Plaintiff,<br><br>        v.<br><br>SEASIDE TRANSPORTATION SERVICES, LLC, et al.,<br><br>        Defendants. | Case No. 13-cv-01672-VC<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 90 |

The motion for an order compelling discovery is denied for failure to comply with the provisions of the Court's standing order relating to discovery disputes.  The request for a hearing is denied for the same reason.  If the parties have a genuine discovery dispute that requires the Court's attention, they should submit a letter brief, as contemplated by the standing order, that gives the Court enough information to assess the dispute and determine whether a hearing is really necessary.

**IT IS SO ORDERED**.

Dated: December 29, 2014

_____
VINCE CHHABRIA
United States District Judge