MICHELE C. BARNES (SBN 187239)
michele.barnes@klgates.com
ROSEANNA M. CASTILLO (SBN 252761)
roseanna.castillo@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendants
SHANGHAI ZHENHUA HEAVY INDUSTRIES CO., LTD. (erroneously sued as SHANGHAI ZHENHUA PORT MACHINERY CO., LTD) AND SEASIDE TRANSPORTATION SERVICES, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JACKIE ARNETT,<br><br>Plaintiff,<br><br>vs.<br><br>SHANGHAI ZHENHUA PORT MACHINERY CO. LTD.; SEASIDE TRANSPORTATION SERVICES, LLC; WHITNEY EQUIPMENT LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 13-cv-01672-~~WHO~~ VC<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINES**<br>AS MODIFIED<br><br>Judge: Hon. Vince G. Chhabria<br><br>Complaint Filed: March 1, 2013 |

WHEREAS, Plaintiff Jackie Arnett filed her complaint for damages naming only Defendants Whitney Equipment LLC ("Whitney") and Seaside Transportation Services, LLC ("STS") in Alameda County Superior Court on March 1, 2013.

WHEREAS defendants Whitney and STS removed this case to the Northern District on April 12, 2013.

WHEREAS on September 13, 2013, Plaintiff filed a First Amended Complaint adding defendant Shanghai Zhenhua Heavy Industries Co., Ltd. (erroneously sued as Shanghai Zhenhua Port Machinery Co., Ltd., hereinafter "ZPMC".)

WHEREAS Plaintiff filed as Second Amended Complaint on November 4, 2013 in response to ZPMC's motion to dismiss Plaintiff's First Amended Complaint.

WHEREAS ZPMC filed a motion to dismiss Plaintiff's Second Amended Complaint, which was granted in part and denied in part on January 13, 2014.

WHEREAS The Court granted Plaintiff leave to amend her negligence allegations in order to clarify what conduct each defendant has allegedly engaged in that supports each of the theories underlying her negligence causes of action.

WHEREAS Plaintiff filed her Third Amended Complaint on February 3, 2014, and parties responded.

WHEREAS the Court set a Pre-trial Scheduling Order on April 1, 2014.

WHEREAS the Court amended the Pre-trial Scheduling Order on October 28, 2014, and ordered parties to complete private mediation by January 30, 2015.

WHEREAS parties completed mediation on January 26, 2015.

WHEREAS parties now request an extension for expert rebuttal reports, to complete expert depositions and discovery, and to file summary judgment motions in order to accommodate a further private mediation agreed to by parties and scheduled for February 9, 2015.

NOW THEREFORE, IT IS STIPULATED by and between the parties, subject to the approval of the Court pursuant to Local Rule 6-2, to extend discovery deadlines set in the case schedule (Dkt. Nos. 69, 84) as follows:

| **EVENT** | **CURRENT DEADLINE** | **REQUESTED EXTENSION DATE** |
|---|---|---|
| Expert Rebuttal | February 2, 2015 | February 16, 2015 |
| Close of Expert Discovery | March 13, 2015 | April 3, 2015 |
| Dispositive Motions Heard by | May 6, 2015 | May ~~27~~ 28, 2015 |

**K&L GATES LLP**

Dated: ______________

By: /s/ Michele C. Barnes
MICHELE C. BARNES
ROSEANNA M. CASTILLO
Attorneys for Defendants
SHANGHAI ZHENHUA PORT MACHINERY CO., LTD

**ARCHER NORRIS**

Dated: ______________

By: /s/ Keith R. Gillette
KEITH R. GILLETTE
CHAD D. GREESON
Attorneys for Defendant
WHITNEY EQUIPMENT, LLC

Dated:

**WILSON ELSER LLP**

By: /s/ William Enger
William Enger
Attorneys for Defendant SEASIDE TRANSPORTATION SERVICES

**THE ARNS LAW FIRM**

Dated: 1/29/15

By: ______________
ROBERT S. ARNS
JONATHAN E. DAVIS
Attorneys for Plaintiff
JACKIE ARNETT

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: February 6, 2015

By:

Hon. V
U.S. Di

UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED

Judge Vince Chhabria

NORTHERN DISTRICT OF CALIFORNIA