1  MICHELE C. BARNES (SBN 187239)
   michele.barnes@klgates.com
2  ROSEANNA M. CASTILLO (SBN 252761)
   roseanna.castillo@klgates.com
3  K&L GATES LLP
   Four Embarcadero Center, Suite 1200
4  San Francisco, CA 94111
   Telephone: (415) 882-8200
5  Facsimile:  (415) 882-8220

6  Attorneys for Defendants
   SHANGHAI ZHENHUA HEAVY
7  INDUSTRIES CO., LTD. (erroneously
   sued as SHANGHAI ZHENHUA
8  PORT MACHINERY CO., LTD) AND
   SEASIDE TRANSPORTATION SERVICES, LLC
9

10

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13                            SAN FRANCISCO DIVISION

14

15  | JACKIE ARNETT, | Case No. 13-cv-01672 |
    |---|---|
16  | Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES |
17  | vs. | |
18  | SHANGHAI ZHENHUA PORT MACHINERY CO. LTD.; SEASIDE TRANSPORTATION SERVICES, LLC; WHITNEY EQUIPMENT LLC; and DOES 1 through 100, inclusive, | Judge:   Hon. Vince G. Chhabria |
19  | | |
20  | | Complaint Filed:   March 1, 2013 |
    | Defendants. | |

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND DEADLINES

1  WHEREAS, Plaintiff Jackie Arnett filed her complaint for damages naming only Defendants Whitney Equipment LLC ("Whitney") and Seaside Transportation Services, LLC ("STS") in Alameda County Superior Court on March 1, 2013.

WHEREAS defendants Whitney and STS removed this case to the Northern District on April 12, 2013.

WHEREAS on September 13, 2013, Plaintiff filed a First Amended Complaint adding defendant Shanghai Zhenhua Heavy Industries Co., Ltd. (erroneously sued as Shanghai Zhenhua Port Machinery Co., Ltd., hereinafter "ZPMC".)

WHEREAS Plaintiff filed as Second Amended Complaint on November 4, 2013 in response to ZPMC's motion to dismiss Plaintiff's First Amended Complaint.

WHEREAS ZPMC filed a motion to dismiss Plaintiff's Second Amended Complaint, which was granted in part and denied in part on January 13, 2014.

WHEREAS The Court granted Plaintiff leave to amend her negligence allegations in order to clarify what conduct each defendant has allegedly engaged in that supports each of the theories underlying her negligence causes of action.

WHEREAS Plaintiff filed her Third Amended Complaint on February 3, 2014, and parties responded.

WHEREAS the Court set a Pre-trial Scheduling Order on April 1, 2014.

WHEREAS the Court amended the Pre-trial Scheduling Order on February 2, 2015, and ordered parties to complete expert discovery by April 3, 2015.

WHEREAS parties have completed all noticed expert depositions except for the deposition of Plaintiff's expert Louis Cheng due to schedule conflicts.

WHEREAS parties are available to depose Mr. Cheng on April 10, 2015.

WHEREAS parties now request an extension of the expert discovery deadline for the limited purpose of completing Mr. Cheng's deposition on April 10, 2015.

1

**STIPULATION AND ORDER TO EXTEND DEADLINES**

1    NOW THEREFORE, IT IS STIPULATED by and between the parties, subject to the approval
2    of the Court pursuant to Local Rule 6-2, to extend discovery deadlines set in the case schedule (Dkt.
3    Nos. 69, 84, 95) as follows:

| EVENT | CURRENT DEADLINE | REQUESTED EXTENSION DATE |
|---|---|---|
| Close of Expert Discovery for the Limited Purpose of Deposing Mr. Louis Cheng | April 3, 2015 | April 10, 2015 |
| Dispositive Motions Heard by | May 28, 2015 | May 28, 2015 (no extension requested) |

|   |   |   |
|---|---|---|
| | | **K&L GATES** LLP |
| Dated: 4/7/15 | By: | *Michele C Barnes* |
| | | MICHELE C. BARNES |
| | | ROSEANNA M. CASTILLO |
| | | Attorneys for Defendants |
| | | SHANGHAI ZHENHUA PORT |
| | | MACHINERY CO., LTD |
| | | **ARCHER NORRIS** |
| Dated: 4/7/15 | By: | /s/ Keith R. Gillette |
| | | KEITH R. GILLETTE |
| | | CHAD D. GREESON |
| | | Attorneys for Defendant |
| | | WHITNEY EQUIPMENT, LLC |
| Dated: 4/7/15 | | **WILSON ELSER LLP** |
| | By: | /s/ William Enger |
| | | William Enger |
| | | Attorneys for Defendant SEASIDE TRANSPORTATION SERVICES |
| | | **THE ARNS LAW FIRM** |
| Dated: 4.3.15 | By: | *[signature]* |
| | | ROBERT S. ARNS |
| | | JONATHAN E. DAVIS |
| | | Attorneys for Plaintiff |
| | | JACKIE ARNETT |

3
**STIPULATION AND ORDER TO EXTEND DEADLINES**

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

3  Dated: April 8, 2015                    By: _____
4                                              Hon. Vince G. Chhabria
                                               U.S. District Court Judge