1  Keith R. Gillette (Bar No. 191082)
   kgillette@archernorris.com
2  Summer M. Smith (Bar No. 214251)
   ssmith@archernorris.com
3  ARCHER NORRIS
   A Professional Law Corporation
4  2033 North Main Street, Suite 800
   Walnut Creek, California 94596-3759
5  Telephone:   925.930.6600
   Facsimile:    925.930.6620
6
7  Attorneys for Defendant/Cross-Claimant WHITNEY
   EQUIPMENT, LLC

8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10

11
   JACKIE ARNETT,                          Case No. 3:13-CV-01672-VC
12
          Plaintiff,                       [~~PROPOSED~~] ORDER RE WHITNEY
13                                         EQUIPMENT, LLC'S APPLICATION FOR
       v.                                  ORDER SHORTENING TIME FOR
14                                         HEARING OF MOTION FOR
   SEASIDE TRANSPORTATION                  DETERMINATION OF GOOD FAITH
15 SERVICES, LLC; WHITNEY                  SETTLEMENT   AS MODIFIED
   EQUIPMENT LLC and DOES 1 to 100,
16 inclusive,

17        Defendants.                      Filed: March 1, 2013
                                           Judge:  Vince Chhabria
18 SEASIDE TRANSPORTATION
   SERVICES, LLC,
19
          Third-Party Plaintiff,
20
       v.
21
   MARINE TERMINALS CORPORATION
22 and MOES 1 to 100, inclusive,

23
          Third-Party Defendants,
24
25 *and related cross-claim*

26 ///

27

28

[PROPOSED] ORDER RE EXPARTE APPLICATION FOR OST
3:13-CV-01672-VC

~~Defendant/Cross-Claimant WHITNEY EQUIPMENT, LLC's ("WHITNEY'S") Ex Parte Application for an Order Shortening Time to Hear its Motion for Determination of Good Faith Settlement came before this Court at approximately July 9, 2015, the Honorable Vince Chhabria presiding, in Courtroom 4, of the above-entitled Court.~~

The Court, having reviewed WHITNEY'S Ex Parte Application and good cause appearing therefore:

IT IS HEREBY ORDERED that WHITNEY'S Ex Parte Application for an Order Shortening Time to Hear the Motion for Determination of Good Faith Settlement is granted; that the Motion for Determination of Good Faith Settlement be deemed filed and served at the time that it is heard; and that such motion will be heard at the earliest convenience of the Court.

ACCORDINGLY, IT IS FURTHER ORDERED that WHITNEY'S Motion for Determination of Good Faith Settlement by and between Plaintiff and WHITNEY shall be heard as follows:

1. WHITNEY'S Motion for Determination of Good Faith Settlement shall be filed on July 8, 2015.
2. WHITNEY'S Motion for Determination of Good Faith Settlement shall be heard on July 23, 2015
3. Any Opposition shall be filed and served on July 13, 2015.
4. WHITNEY'S Reply, if any, shall be filed and served on July 16, 2015

**IT IS SO ORDERED.**

Dated: July 8, 2015      _____
                         Judge of the United States District Court



IT IS SO ORDERED AS MODIFIED
Judge Vince Chhabria

TMA001/2188066-1

The hearing proposed by counsel for July 9, 2015 is vacated.