Keith R. Gillette (Bar No. 191082)
kgillette@archernorris.com
Summer M. Smith (Bar No. 214251)
ssmith@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
Walnut Creek, California 94596-3759
Telephone:  925.930.6600
Facsimile:   925.930.6620

Attorneys for Defendant/Cross-Claimant WHITNEY EQUIPMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ARNETT,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SEASIDE TRANSPORTATION SERVICES, LLC; WHITNEY EQUIPMENT LLC and DOES 1 to 100, inclusive,<br><br>　　　　　　Defendants. | Case No.  3:13-CV-01672-VC<br><br>[PROPOSED] ORDER GRANTING WHITNEY EQUIPMENT, LLC'S MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT<br><br>Date:　　　July 23, 2015<br>Time:　　　10:00 a.m.<br>Dept.:　　　Courtroom 4, 17th Floor<br><br>Filed: March 1, 2013<br>Judge:   Vince Chhabria |
| SEASIDE TRANSPORTATION SERVICES, LLC,<br><br>　　　　　　Third-Party Plaintiff,<br><br>v.<br><br>MARINE TERMINALS CORPORATION and MOES 1 to 100, inclusive,<br><br>　　　　　　Third-Party Defendants, | |
| *and related cross-claim* | |

///

1  ~~Defendant/Cross-Claimant WHITNEY EQUIPMENT, LLC's ("WHITNEY'S") hearing~~
2  ~~on its Motion for Determination of Good Faith Settlement came before this Court at~~
3  ~~approximately 10:00 a.m. on July/August _____, 2015, the Honorable Vince Chhabria~~
4  ~~presiding, in Courtroom 4, of the above-entitled Court.~~

5        The Court, having reviewed WHITNEY'S papers, any opposition, the pleadings, ~~as well~~
6  ~~as hearing oral argument~~ and good cause appearing therefore:

7        IT IS HEREBY ORDERED that the settlement between WHITNEY EQUIPMENT, LLC
8  and Plaintiff JACKIE ARNETT (hereinafter "Plaintiff"), is in good faith and within the meaning
9  of *Code of Civil Procedure* §§ 877 and 877.6 and *Tech Bilt, Inc. v. Woodward Clyde &*
10 *Associates* (1985) 38 Cal. 3d, 488.

11       IT IS HEREBY ORDERED that WHITNEY'S Motion for Determination of Good Faith
12 Settlement is granted.

13       IT IS HEREBY ORDERED that any and all claims of any non-settling parties for
14 equitable indemnity, equitable contribution, or comparative fault are barred.

16 **IT IS SO ORDERED.**

18 Dated: __July 14_____, 2015      _____[signature]_____
                                       Judge of the United States District Court

TMA001/2188040-1