United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE ARNETT,<br>　　　　Plaintiff,<br>　　v.<br>SEASIDE TRANSPORTATION SERVICES, LLC, et al.,<br>　　　　Defendants. | Case No.  13-cv-01672-VC<br><br>**ORDER** |

A status conference will take place in the above-captioned matter on Monday, July 27, 2015 at 9:30 a.m.  The following people and entities are ordered to appear:

- Counsel for the plaintiff
- Counsel for the defendants
- Counsel for MTC, dba Ports America ("MTC")
- Counsel for Ports Insurance Co., Inc. ("Ports Insurance")
- A representative of MTC and Ports Insurance who possesses full settlement authority
- A representative of Ports Insurance Co., Inc. with full settlement authority

The purpose of the status conference is to discuss the claim by the plaintiff and the defendants that MTC and Ports Insurance is improperly withholding approval of the settlement, and to discuss the appropriate procedure for resolving this dispute.

**IT IS SO ORDERED.**

Dated:  July 23, 2015

_____
VINCE CHHABRIA
United States District Judge